**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7311**

———————

LEE S. MYERS,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; GENE
JOHNSON, Director; DAVID ROBINSON, Warden,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (7:06-cv-00348-JLK)

———————

Submitted:  March 14, 2007          Decided:  April 5, 2007

———————

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lee S. Myers, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lee S. Myers appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Myers v. Va. Dep't of Corr.</u>, No. 7:06-cv-00348-JLK (W.D. Va. July 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>